# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KYION BALL,** | : | |
| Petitioner | : | **CIVIL ACTION NO. 3:12-894** |
| v. | : | (JUDGE MANNION) |
| **TOM MCGINLEY, Superintendent, SCI-Coal Township,** | : | |
| Respondent | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The objections to the report of Judge Mehalchick, **(Doc. 26)**, are **OVERRULED**.

**(2)** The report and recommendation of Judge Mehalchick, **(Doc. 25)**, is **ADOPTED IN ITS ENTIRETY**.

**(3)** All claims raised in the petition for writ of habeas corpus, **(Doc. 1, Doc. 9, Doc. 11)**, are **DENIED**. In addition, the petitioner's claim of cumulative error is **DISMISSED**.

**(4)** The petitioner's request for a certificate of appealability is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 16, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-894-01-ORDER.wpd